(No. 5874— )

CHARLES W. BILLINGSLEA, Claimant, *vs.* STATE OF ILLINOIS, Respondent.

*Opinion filed August 30, 1971.*

RICHARD F. MCPARTLIN, Attorney for Claimant.

WILLIAM J. SCOTT, Attorney General; SAUL R. WEXLER, Assistant Attorney General, for Respondent.

PERLIN, C.J.

This cause coming on to be heard on the Joint Stipulation of the parties hereto, and the Court being fully advised in the premises;

THIS COURT FINDS that this claim in the amount of $7,434.88 is for back salary due the claimant from the Department of Labor for the period May 30, 1967, through May 6, 1968.

IT IS HEREBY ORDERED that the sum of $7,434.88 be awarded to claimant in full satisfaction of any and all claims presented to the State under Cause No. 5874.